Judge Robert S. Lasnik

FILED ___ ENTERED
LODGED ___ RECEIVED

JUN 25 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff

v.

JOHN MICHAEL DUGGAN,

Defendant.

NO. CR12-00254RSL

UNITED STATES' MOTION TO SEAL

Having read the Government's Sentencing Memorandum in the above-captioned case, which was filed under seal, and Government's Motion to Seal requesting that the Government's Sentencing Memorandum be allowed to remain under seal,

It is hereby ORDERED that the Government's Sentencing Memorandum in this matter shall remain sealed.

DATED this 25th day of June, 2013.

*/s/ Robert S. Lasnik*
JUDGE ROBERT S. LASNIK
United States District Judge

Presented by:

/s/ Marci L. Ellsworth
MARCI L. ELLSWORTH
Assistant United States Attorney

12-CR-00254-LTR

ORDER TO SEAL - 1
No. CR12-00254RSL

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800