JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 12-254 RSL |
| Plaintiff, ) | |
| vs. ) | ORDER DIRECTING CLERK TO CREDIT MR. DUGGAN FOR PAYMENT OF $2,000 IN RESTITUTION |
| JOHN MICHAEL DUGGAN, ) | |
| Defendant. ) | |

THIS MATTER having come on defendant's stipulated motion for an order directing clerk to credit Mr. Duggan for payment of $2,000 in restitution, the Court having reviewed the records and files herein, it is now therefore:

ORDERED that the Clerk of the Court is directed to credit Mr. Duggan for $2,000 in restitution paid to Cusak, Gilfilan & O'Day for Cindy. It is further ORDERED that the Clerk shall note that Mr. Duggan has fully paid his restitution obligation in this case.

ORDER DIRECTING CLERK TO CREDIT
MR. DUGGAN FOR PAYMENT OF $2,000
IN RESTITUTION - 1
(*John Michael Duggan*; CR12-254RSL)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Ave., Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1       DATED this 7th day of August, 2013.

*/s/ S Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

s/ *Michael Filipovic*
Michael Filipovic
Attorney for John Michael Duggan

Approved as to form,
per e-mail authorization

s/ *Marci Ellsworth*
Marci Ellsworth
Assistant U.S. Attorney

ORDER DIRECTING CLERK TO CREDIT
MR. DUGGAN FOR PAYMENT OF $2,000
IN RESTITUTION - 2
(*John Michael Duggan*; CR12-254RSL)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Ave., Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**